1  JACOB D. FLESHER – SBN 210565
   JEREMY J. SCHROEDER – SBN 223118
2  NICOLE M. LOW SBN – 321429
   **FLESHER SCHAFF & SCHROEDER, INC.**
3  2202 Plaza Drive
   Rocklin, CA 95765
4  Telephone: (916) 672-6558
   Facsimile:  (916) 672-6602
5
   Attorneys for defendant,
6  BNSF RAILWAY COMPANY

7

8           IN THE UNITED STAES DISTRICT COURT

9           IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        * * *

| | |
|---|---|
| 11  JEFFREY WAYNE KRISITCH and DIANA JO KRISTICH, | **CASE NO.** <br> *Contra Costa Sup. Ct. Complaint filed: 11/22/2021* <br> *Trial Date: not set* |
| 12 | |
| 13           Plaintiffs, | |
| 14       vs. | **BNSF RAILWAY COMPANY'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTION 1332.** |
| 15  BNSF RAILWAY COMPANY; and, DOES 1 through 100, inclusive, | |
| 16 | |
| 17           Defendants. | |

18         **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

19         PLEASE TAKE NOTICE THAT defendant, BNSF RAILWAY COMPANY, removes to this

20  Court the state action described below.

21         1.     On November 22, 2021, an action was commenced in the Superior Court of California

22  in and for the County of Contra Costa entitled *Jeffrey Wayne Krisitch v. BNSF Railway Company,*

23  Case No. C21-02448. A true and correct copy of the Summons and Complaint filed in this action is

24  attached as **Exhibit "A."**

25         2.     BNSF Railway Company was served with a copy of the Complaint on February 1,

26  2022. Therefore, this Notice of Removal is filed within 30 days after receipt by BNSF Railway

27  Company of a copy of the pleading setting forth the claim for relief upon which this action is based.

28  ///

3. On February 25, 2022, a First Amended Complaint was filed in the Superior Court of California in and for the County of Contra Costa entitled *Jeffrey Wayne Krisitch v. BNSF Railway Company,* Case No. C21-02448, adding plaintiff, Diana Jo Krisitch as a party. A true and correct copy of the Summons and First Amended Complaint filed in this action is attached as **Exhibit "B."**

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332. The plaintiffs are, based on information and belief, residents of California. Defendant, BNSF Railway Company is a Delaware corporation, with its principal place of business is in Fort Worth, Texas. Based on information and belief, the amount in controversy exceeds $75,000.

5. Venue is appropriate in this Court because the action was removed from Contra Costa County Superior Court. 28 U.S.C. § 1446(a).

6. There are no other named defendants. Therefore, there are no other defendants from whom consent to remove is required.

7. A copy of the Notice to Adverse Party of Removal to Federal Court that will be filed with the Superior Court of California, County of Contra Costa, is attached as **Exhibit "C."**

8. BNSF Railway Company requests a jury trial.

Defendant prays that this action be removed to this Court.

DATED: March 2, 2022                    **FLESHER SCHAFF & SCHROEDER, INC.**

                                        */s/ Jeremy J. Schroeder*
                                        By _____
                                        JEREMY J. SCHROEDER
                                        NICOLE M. LOW
                                        Attorneys for defendant,
                                        BNSF RAILWAY COMPANY